[Cite as *Goodykoontz v. Moore*, 2026-Ohio-938.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

DAVID GOODYKOONTZ,               :

    Relator,                              :

                                               No. 115755

    v.                                        :

JUDGE LAUREN C. MOORE,           :

    Respondent.                         :

---

JOURNAL ENTRY AND OPINION

**JUDGMENT:** WRIT DISMISSED
**DATED:** March 18, 2026

---

Writ of Procedendo
Motion No. 592150
Order No. 593014

---

***Appearances:***

David Goodykoontz, *pro se.*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Regina A. Russo, Assistant Prosecuting Attorney, *for respondent.*

EILEEN A. GALLAGHER, J.:

{¶ 1} On October 21, 2025 the relator, David Goodykoontz, commenced this procedendo action against the respondent, Judge Lauren Moore, to compel the judge to rule on motions for leave to file a motion for new trial and postconviction-

relief petitions that he filed in the two underlying cases, *State v. Goodykoontz,* Cuyahoga C.P. Nos. CR-19-641800-A and CR-20-647818-A.

{¶ 2} On November 21, 2025 the respondent judge moved to dismiss the writ action on the grounds of mootness. Attached to the motion were copies of two certified journal entries: (1) a November 19, 2025 entry denying the motion for leave to file a late motion for new trial and (2) a November 19, 2025 entry denying the petition for postconviction relief. Recognizing that this motion to dismiss resolved two of the four outstanding matters, this court granted the motion to dismiss, in part, and denied it, in part.

{¶ 3} On February 5, 2026 the respondent judge filed a renewed motion to dismiss on the grounds of mootness. Attached to the motion were copies of the following certified journal entries: (1) the November 19, 2025 journal entry denying the motion for leave to file late motion for new trial in case No. CR-19-641800, (2) the November 19, 2025 journal entry denying the petition for postconviction relief in case No. CR-20-647818, (3) a February 5, 2026 journal entry denying the petition for postconviction relief in case No. CR-19-641800 and (4) a February 5, 2026 journal entry denying the motion for new trial in case No. CR-20-647818.

{¶ 4} The relator has not filed a brief in opposition.

{¶ 5} The four journal entries establish that the trial court has proceeded to judgment on the four outstanding matters and that this procedendo action is moot.

{¶ 6} Accordingly, this court grants the respondent judge's motion to dismiss and dismisses this procedendo action. Relator to pay costs; costs waived.

This court directs the clerk of courts to serve all parties notice of the judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶ 7} Writ dismissed.

_____
EILEEN A. GALLAGHER, JUDGE

MICHELLE J. SHEEHAN, A.J., and
MARY J. BOYLE, J., CONCUR